IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | NO. 1:11-CR-445-JEC/AJB |
| JOSEPH M. ELLES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ASSESS POTENTIAL CONFRONTATION CLAUSE ISSUES**

Defendant Joseph M. Elles, by and through his counsel, hereby moves for an extension of time to assess potential confrontation clause issues.

1.

The issue has previously been before the Court. A pretrial conference for Defendant Elles in connection with the superseding indictment was held on April 16, 2012. [Docket No. 79]. Defendant Elles informed the Court that certain statements made by the defendants to Ropes & Gray LLP during interviews conducted in connection with the internal Audit Committee investigation that resulted in Carter's, Inc.'s financial restatement, if used against defendants in a joint trial, might implicate *Bruton v. United States*, 391 U.S. 123 (1968). The

1

Court ordered the Parties "to report to the Court within 30 days as to whether there is a Bruton issue in this case." [Docket No. 79].

2.

The Parties did confer and asked the Court for additional time to assess what if any statements may implicate their Confrontation Clause rights if admitted into evidence at a joint trial. As part of the parties' discussions, the Parties also discussed whether, in addition to any statements made by defendants to Ropes & Gray, defendants believe that any statements of other witnesses interviewed by Ropes & Gray or by the government may implicate defendants' Confrontation Clause rights.

3.

The Parties asked the Court for additional time to confer and the Court granted that request up through and including July 23, 2012. [Docket No. 98].

4.

On July 12, 2012, lead counsel for Defendant Elles was substituted. [Docket No. 113].

5.

Given the recent change in counsel and the critical nature of this issue, Defendant needs additional time to review the materials, identify and discuss any

potentially objectionable statements in an effort to reach common ground. Defendant respectfully requests an additional 21 days for the parties to report back to the Court as to any Confrontation Clause issues. A proposed Order is attached for the Court's consideration as **Exhibit A**.

This 18th day of July, 2012.

Respectfully Submitted,

/s/ George A. Koenig
George A. Koenig
Georgia Bar No. 427626

Edward D Tolley
304 E. Washington Street
P.O. Box 1927
Athens, Georgia 30603
(706) 549-6111
(706) 548-0956 (Fax)
etolley@mindspring.com

Koenig Law Group, P.C.
1718 Peachtree Street NW
Atlanta, Georgia 30309
(678) 539-6171
(678) 539-6218 (Fax)
george@koeniglawgroup.com

*Attorneys for Joseph M. Elles*

## **CERTIFICATION**

I certify that the foregoing pleading was prepared with the font and point selections approved by L.R. 5.1.C.

        /s/ George A. Koenig
        George A. Koenig
        Georgia Bar No. 427626

        Edward D Tolley
        304 E. Washington Street
        P.O. Box 1927
        Athens, Georgia 30603
        (706) 549-6111
        (706) 548-0956 (Fax)
        etolley@mindspring.com

        Koenig Law Group, P.C.
        1718 Peachtree Street NW
        Atlanta, Georgia 30309
        (678) 539-6171
        (678) 539-6218 (Fax)
        george@koeniglawgroup.com

        *Attorneys for Joseph M. Elles*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorney of record listed below:

>David M. Chaiken, Esq.
>Douglas W. Gilfillan
>Assistant United States Attorneys
>600 United States Courthouse
>75 Spring Street, S.W.
>Atlanta, Georgia  30309

This 18th day of July, 2012.

>/s/ George A. Koenig
>George A. Koenig
>Georgia Bar No. 427626
>Koenig Law Group, P.C.
>1718 Peachtree Street NW
>Atlanta, Georgia 30309
>(678) 539-6171
>(678) 539-6218 (Fax)
>george@koeniglawgroup.com
>
>*Attorneys for Joseph M. Elles*

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | NO. 1:11-CR-445-JEC/AJB |
| JOSEPH M. ELLES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ASSESS POTENTIAL CONFRONTATION CLAUSE ISSUES

For the reasons stated in Defendant's Unopposed Motion, and for good cause shown, Defendant's Unopposed Motion for Extension of Time to assess Potential Confrontation Clause Issues is hereby GRANTED.

The Parties are hereby ORDERED to report back to the Court as to any potential Confrontation Clause within 21 days of entry of this Order.

Further, for the reasons stated in the Unopposed Motion, the period from July __, 2012 until _____, 2012 shall be excluded from the speedy trial clock because, pursuant to 18 U.S.C. § 31561(h)(7)(A), "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial."

7

SO ORDERED, this _____ day of _____, 2012.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

Proposed Order Submitted By:

/s/ George A. Koenig
George A. Koenig
Attorney for Defendant Elles

Edward D Tolley
304 E. Washington Street
P.O. Box 1927
Athens, Georgia 30603
(706) 549-6111
(706) 548-0956 (Fax)
etolley@mindspring.com

George A. Koenig
Georgia Bar No. 427626
Koenig Law Group, P.C.
1718 Peachtree Street NW
Atlanta, Georgia 30309
(678) 539-6171
(678) 539-6218 (Fax)
george@koeniglawgroup.com